Filed 09/27/07     Case 07-23720
FILED
September 27, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000912793

L J LOHEIT TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 1858
SACRAMENTO, CA 95812-1858
(916)856-8000

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

DENNIS CARROLL  
PENNY CARROLL  
5329 BUENA VISTA AVE  
FAIR OAKS, CA 95628

Case No: 07-23720-D-13L  
SSN (1):XXX-XX-5298  
SSN (2):XXX-XX-6798

AKA (1):       AKA (2):  
DBA (1):       DBA (2):

## FINAL REPORT AND ACCOUNT

Case Filed On:      Plan Confirmed On:      Case Concluded On:  
May 18, 2007                                              June 11, 2007

**This case was CONVERTED PRIOR TO CONFIRMATION**

No plan was confirmed in this case.

RECEIPTS:

Amount paid to the Trustee: $0.00

## DISTRIBUTIONS

| NAME OF CREDITOR CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | INT. RATE |
|---|---|---|---|---|
| **76** <br> 341 NOTICE ONLY <br> CLM#:2 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **76** <br> CLAIM NOT FILED <br> CLM#:32 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **ACADEMY COLLECTION** <br> 341 NOTICE ONLY <br> CLM#:1 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **AT&T** <br> 341 NOTICE ONLY <br> CLM#:3 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **CBA** <br> 341 NOTICE ONLY <br> CLM#:4 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **CHEVRON** <br> 341 NOTICE ONLY <br> CLM#:5 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **CINGULAR** <br> 341 NOTICE ONLY <br> CLM#:6 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **CITIBANK SEARS** <br> 341 NOTICE ONLY <br> CLM#:31 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **CITICORP** <br> 341 NOTICE ONLY <br> CLM#:7 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |

| DISTRIBUTIONS | | | | |
|---|---|---|---|---|
| NAME OF CREDITOR CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | INT. RATE |
| **CMRE FINANCIAL** 341 NOTICE ONLY CLM#:8 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **DISCOVER** 341 NOTICE ONLY CLM#:9 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **E WARREN GUBLER GUBLER & KOCH 1** 341 NOTICE ONLY CLM#:10 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **FINANCIAL CREDIT NETWORK** 341 NOTICE ONLY CLM#:11 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **GEMB** 341 NOTICE ONLY CLM#:12 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **HFC** 341 NOTICE ONLY CLM#:13 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **HOME DEPOTCREDIT** 341 NOTICE ONLY CLM#:14 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **HOME DEPOTCREDIT** 341 NOTICE ONLY CLM#:15 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **LINENS N THINGS** 341 NOTICE ONLY CLM#:16 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |

## DISTRIBUTIONS

| NAME OF CREDITOR CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | INT. RATE |
|---|---|---|---|---|
| **LONG BEACH ACCEPTANCE**<br>341 NOTICE ONLY<br>CLM#:17 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **MERCY SAN JUAN FILE #73423**<br>341 NOTICE ONLY<br>CLM#:18 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **MERVYNS/RNB**<br>341 NOTICE ONLY<br>CLM#:19 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **PALISADES COLLECTION**<br>341 NOTICE ONLY<br>CLM#:20 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **QUALITY LOAN SERVICE**<br>341 NOTICE ONLY<br>CLM#:21 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **REDLINE RECOVERY SVCS**<br>341 NOTICE ONLY<br>CLM#:22 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **REGENTS OF THE UNIV OF CA**<br>341 NOTICE ONLY<br>CLM#:23 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **ROSEVILLE CARDIOLOGY MED ASSOC**<br>341 NOTICE ONLY<br>CLM#:24 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **SACRAMENTO RADIOLOGY**<br>341 NOTICE ONLY<br>CLM#:25 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |

## DISTRIBUTIONS

| NAME OF CREDITOR<br>CLASS | CLAIM<br>AMOUNT | AMOUNT PAID<br>PRINCIPAL | AMOUNT PAID<br>INTEREST | INT.<br>RATE |
|---|---|---|---|---|
| **SEARS**<br>341 NOTICE ONLY<br>CLM#:26 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **TARGET/RNB**<br>341 NOTICE ONLY<br>CLM#:27 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **THE CBE GROUP**<br>341 NOTICE ONLY<br>CLM#:28 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **UC DAVIS**<br>341 NOTICE ONLY<br>CLM#:29 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |
| **WELLS FARGO FINANCIAL**<br>341 NOTICE ONLY<br>CLM#:30 / ACCT.#: | $ 0.00 | $ 0.00 | $ 0.00 | 0% |

### SUMMARY OF CLAIMS ALLOWED AND PAID

| TYPE | SECURED | PRIORITY | UNSECURED | SPECIAL | TOTAL |
|---|---|---|---|---|---|
| ALLOWED | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIN PAID | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| INT PAID | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

TOTAL PAID-PRINCIPAL AND INTEREST $0.00

**REFUNDED TO DEBTOR**     $0.00

### DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| JAMES L BRUNELLO ESQ<br>9845 HORN RD<br>SUITE 290<br>SACRAMENTO, CA 95827 | $ 0.00 | $ 0.00 |

Filed 09/27/07    Case 07-23720    Doc 42
07-23720-D-13L

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| TRUSTEE NOTICE FEES | TRUSTEE'S EXPENSE & COMPENSATION FUND | TOTAL COST & EXPENSE |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

Pursuant to Federal Rule of Bankruptcy Procedure 5009, I hereby certify that the estate of the above-named debtor has been fully administered and request the case be closed if no objection is filed within 30 days, from the date below, by a party in interest.

    IF YOU HAVE AN OBJECTION it must be filed within 30 days with the Clerk of the U.S. Bankruptcy Court and served on the trustee, stating the grounds for the objection. The Chapter 13 Standing Trustee will set the matter for hearing by filing a notice of hearing with the Clerk and serving the notice on the objecting party at least ten days before the hearing date on any matter set by the objecting party.

    IF NO OBJECTIONS have been filed and served within 30 days, the Court, without further notice, will enter an order closing the case and discharging the trustee. If you fail to object, you may not be able to challenge in any future proceeding whether these payments were made.

Dated: September 27, 2007            /s/ Lawrence J. Loheit
                                                   Lawrence J. Loheit, Chapter 13 Trustee